UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:05CR395 |
| | ) | |
| Plaintiff, | ) | Judge John R. Adams |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL V. CHIOLO, | ) | **N O T I C E** |
| | ) | **Title 21, Section 851,** |
| Defendant. | ) | **United States Code** |

    Now comes the United States of America, by and through its counsel, Gregory A. White, United States Attorney for the Northern District of Ohio, and Robert E. Bulford, Assistant United States Attorney, and in accordance with Title 21, Section 851(a)(1), United States Code, hereby gives NOTICE that should an adjudication of guilt be entered against MICHAEL V. CHIOLO, the United States will invoke all applicable penalty enhancement provisions contained in Title 21, Section 841(b), United States Code.

- 2 -

The United States will rely upon the following prior felony drug offense conviction of the defendant:

Possession of marijuana (F-3), Stark County Court of Common Pleas Case No. 2004CR0338 on April 30, 2004.

Respectfully submitted,

GREGORY A. WHITE
UNITED STATES ATTORNEY

By: s/ Robert E. Bulford
Robert E. Bulford (0014679)
Assistant U.S. Attorney
208 Federal Building
2 South Main Street
Akron, OH 44308
Telephone: (330) 761-0517
FAX: (330) 375-5561
robert.bulford@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20TH day of October, 2005, a copy of the foregoing was filed electronically. Notice of this filing will either be sent by operation of the Court's electronic filing system or a copy mailed by ordinary U.S. Mail to:

| | |
|---|---|
| Bradley R. Iams, Esquire | Paul F. Adamson, Esquire |
| Unizan Plaza, Suite 400 | Suite 201 |
| 222 Market Avenue, South | 137 South Main Street |
| Canton, OH 44702 | Akron, Ohio 44308 |

s/ Robert E. Bulford
Robert E. Bulford
Assistant U.S. Attorney