IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:05CR395 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL VALENTINO CHIOLO, | ) | |
| | ) | MOTION OF THE UNITED STATES |
| | ) | OF AMERICA FOR A PRELIMINARY |
| Defendant. | ) | ORDER OF FORFEITURE |

The United States of America respectfully requests that the Court review and approve the attached proposed "Preliminary Order of Forfeiture". Said proposed order details the procedural posture of the above-captioned case with respect to [criminal] forfeiture.

Respectfully submitted,

Gregory A. White
United States Attorney

By: /s/ James L. Morford
James L. Morford
Assistant U.S. Attorney
Reg. No. 0005657
400 United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113
(216) 622-3743
Fax: (216) 522-7499
James.Morford@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing "Motion of the United States of America for a Preliminary Order of Forfeiture", with proposed "Preliminary Order of Forfeiture", was mailed by regular U.S. mail on this 3rd day of November, 2005, to the following:

Paul F. Adamson
Attorney for Defendant Michael Valentino Chiolo
Burdon & Merlitti
Ste. 201
137 South Main Street
Akron, Ohio 44308

                                               /s/ James L. Morford
                                               James L. Morford
                                               Assistant U.S. Attorney