IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:05CR395 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL VALENTINO CHIOLO, | ) | |
| | ) | PRELIMINARY |
| Defendant. | ) | ORDER OF FORFEITURE |

It appears to the Court that proper proceedings for the issuance of a Preliminary Order of Forfeiture have been had in this case as follows:

1. On August 17, 2005, a federal grand jury sitting in this district returned a one (1) count indictment against Michael Valentino Chiolo and one (1) co-defendant. Count #1 of the indictment charged Chiolo with conspiracy to distribute and to possess with the intent to distribute marijuana, in violation of 21 U.S.C. § 846.

2. Pursuant to 21 U.S.C. § 853, the indictment further sought the forfeiture of: "any and all property constituting, or derived from, any proceeds [defendant MICHAEL VALENTINO CHIOLO]

obtained, directly or indirectly, as the result of [Count 1]; and, any and all of [his] property used or intended to be used, in any manner or part, to commit or to facilitate the commission of [Count 1]."

3. On November 1, 2005, defendant Chiolo entered a plea of guilty to the charge set forth in Count 1 of the indictment and, pursuant to 21 U.S.C. § 853, agreed to the forfeiture of the following properties to the United States:

a.) $2,243.00 in U.S. Currency seized from MICHAEL VALENTINO CHIOLO by the Ohio State Highway Patrol on July 16, 2005.

b.) 2000 Lincoln Navigator, VIN: 5LMFU28AXYLJ43001, valued at $15,750.00.

c.) 1968 Chevrolet Camaro, VIN: 24378N443905, valued at $6,300.00.

d.) 5045 Brunnerdale Avenue NW, Canton, Ohio, more particularly described as: Situated in the Township of Jackson, County of Stark, and State of Ohio, and known as and being Lot Number 26 in Lake Cable Farmlets, as the same is numbered and delineated upon the Stark County Plat Records, Volume 21, Page 30.  Subject to restrictions, conditions, limitations, reservations and easements, if any, of record.  Parcel Number: 16-02984.

4. Also in the plea agreement:

a.) Michael Valentino Chiolo stated that he is the owner of each of the above-described properties.

b.) Further, defendant Chiolo agreed: (i) Each of the above-described properties is subject to forfeiture under 21 U.S.C. § 853 as it constitutes, or was derived from, proceeds obtained directly or indirectly as the result of the commission of the criminal violation charged in Count 1 of the indictment; (ii) The 2000 Lincoln Navigator, VIN: 5LMFU28AXYLJ43001, also is subject to forfeiture under 21 U.S.C. § 853 as it was used to commit or to facilitate the commission of the criminal violation charged in Count 1 of the indictment.

c.) The United States agreed to accept, in lieu of the forfeiture of 5045 Brunnerdale Avenue NW, Canton, Stark County, Ohio, a monetary settlement of $168,092.00.  This sum of $168,092.00 will be forfeited to the United States in lieu of 5045 Brunnerdale Avenue NW, Canton, Stark County, Ohio, and shall be treated in the same manner as the proceeds of sale of a forfeited item and disposed of according to law.  19 U.S.C. § 1613(c).

d.) To facilitate the defendant's ability to make the $168,092.00 payment to the United States, the parties agreed that the defendant may sell 5045 Brunnerdale Avenue NW, Canton, Stark County, Ohio.  Any such sale, however, shall be subject to the

following conditions: (i) Any sale of the property is subject to the prior approval, in writing, of the United States.  In exercising its discretion, the government will be guided by reasonable commercial standards and good faith; (ii) The net proceeds of any sale, up to $168,092.00, shall be paid directly to the United States; and, (iii) Until the United States receives payment of the net proceeds of a sale, up to $168,092.00, it will not be required to release its lis pendens against the property.

   e.)  If, six (6) months after the date of the plea agreement [to wit: by May 1, 2006], the defendant has failed or refused to make the required $168,092.00 payment in full and 5045 Brunnerdale Avenue NW, Canton, Stark County, Ohio, has not been sold; the parties agreed that the property [5045 Brunnerdale Avenue NW, Canton, Stark County, Ohio] shall be finally forfeited to the United States.  In such event, the property shall be sold by the United States Marshals Service, and the entirety of the net proceeds of the sale shall be forfeited to the United States.

   5.   Pursuant to 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States is entitled to possession of the properties referred to in paragraphs 3(a) through 3(c), inclusive.

   Accordingly, it is ORDERED, ADJUDGED, and DECREED:

   6.   The following property is forfeited to the United States under 21 U.S.C. § 853 for disposition in accordance with

law, subject to the provisions of 21 U.S.C. § 853(n):

    a.) The $168,092.00 referred to in paragraph 4(c), which is to be paid to the United States in lieu of the forfeiture of 5045 Brunnerdale Avenue NW, Canton, Stark County, Ohio.

    7. The provisions of the plea agreement set forth in paragraphs 4(c) through 4(e), above, are adopted and incorporated herein by reference.

    8. The United States is authorized to seize the following properties, and they hereby are forfeited to the United States under 21 U.S.C. § 853 for disposition in accordance with law, subject to the provisions of 21 U.S.C. § 853(n):

    a.) $2,243.00 in U.S. Currency seized from MICHAEL VALENTINO CHIOLO by the Ohio State Highway Patrol on July 16, 2005.

    b.) 2000 Lincoln Navigator, VIN: 5LMFU28AXYLJ43001, valued at $15,750.00.

    c.) 1968 Chevrolet Camaro, VIN: 24378N443905, valued at $6,300.00.

    9. Pursuant to 21 U.S.C. § 853(n)(1), the United States Marshal forthwith shall publish notice of this Order in <u>The [Canton] Repository</u>. Said notice shall be published at least once weekly for three successive weeks.

10. Upon completion of publication, this Court will enter a Final Order of Forfeiture as to the subject properties pursuant to 21 U.S.C. § 853(n).

SO ORDERED this ____ day of _____, 2005.

_____
John R. Adams
United States District Judge